*Application granted*
*Katherine H. Parker 2-14-2024*
*USMJ*

**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

February 14, 2024

By ECF and Email

Magistrate Judge Katherine H. Parker
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007
Parker_NYSDChambers@nysd.uscourts.gov

Re: <u>United States v. Deshon Hopkins</u>,
    24 MAG 456 (KHP)

Your Honor,

As the Court is well aware on February 6, 2024, Mr. Hopkins appeared before your Honor and bond was set. He was released on a $50,000 personal recognizance bond; Co-signed by one financially responsible person with travel restricted to SDNY, EDNY/MDPA/DNJ. He was also to surrender all travel documents and make no new applications. Mr. Hopkins has fulfilled all his obligations under the terms of his release at this point. <u>I am writing with the consent of the Government to modify Mr. Hopkins travel restrictions so that he can travel on an already paid for trip. He would be flying to Tampa, Florida along with his wife on March 16th via United Airlines flight number 1979. He will then proceed on a Carnival cruise (Booking # X1X0P4) for 8 days to various Caribbean Islands returning to Newark airport on March 24th on United Airlines flight number 2059. As stated, the Government has no objection to this one-time modification of his travel restrictions. Thus, most respectfully I ask the Court to grant this application and allow Mr. Hopkins to retrieve his passport from pre-trial Services on Thursday, March 14, 2024.</u>

Most Respectfully,

David Touger, Esq.

cc.: AUSA Jacob Fiddleman