```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :      24 MAG 456
     -against-                       :
                                     :         ORDER
                                     :
   Deshon Hopkins                    :
                                     :
      Defendant                      :
                                     :
-------------------------------------X
```

Sarah L. Cave, United States Magistrate Judge:

It is hereby ORDERED that the defendant's travel restrictions are modified to include the Eastern District of Pennsylvania.

Dated: New York, New York

February 21, 2024

SO ORDERED:

_____
Sarah L. Cave
United States Magistrate Judge