UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Complaints Charging 70 Current and Former NYCHA Employees. | **ORDER** |

      Upon the application of the United States of America dated February 5, 2024, IT IS HEREBY ORDERED THAT the Clerk of Court is respectfully directed (1) to unseal the complaints in each of the cases listed in Exhibit A to the Government's February 5, 2024 letter and file them on the public docket, and (2) to file this Order and the Government's February 5, 2024 letter and its three Exhibits on the public docket of each of those cases.

SO ORDERED.

Dated: New York, New York
        February 6, 2024

                                                                                                 *[signature]*
                                                               SARAH NETBURN
                                                           United States Magistrate Judge